# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAMI DE VANEY,**            )<br>                              )<br>     **Plaintiff,**            )<br>                              )<br> **v.**                       )<br>                              )<br> **THE LINCOLN NATIONAL**      )<br> **LIFE INSURANCE COMPANY,**   )<br>                              )<br>     **Defendant.**           ) | **CIVIL ACTION NO.:**<br>**2:18-cv-07745-EEF-JVM** |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Tami De Vaney ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Defendant") and hereby stipulate to the dismissal with prejudice of all of Plaintiff's claims against Defendant in the above-styled case. Each party agrees to bear its own costs, attorneys' fees, and expenses.

Dated this 27th day of June, 2019.

| | |
|---|---|
| */s/Reagan L. Toledano* | */s/Avery A. Simmons* |
| Reagan L. Toledano (La. 29687) | Avery A. Simmons (La. 32942) |
| WILLEFORD & TOLEDANO | BRADLEY ARANT BOULT CUMMINGS LLP |
| 201 St. Charles Avenue, Suite 4208 | 214 North Tryon Street, Suite 3700 |
| New Orleans, Louisiana 70170 | Charlotte, North Carolina 28202 |
| 504.582.1286 | 704.338.6000 |
| rtoledano@willefordlaw.com | asimmons@bradley.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Reagan L. Toledano (LA. 29687)
James F. Willeford (LA. 13485)
WILLEFORD & TOLEDANO
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
Phone: (504) 582-1286
Fax: (313) 692-5927
rtoledano@willefordlaw.com
jimwilleford@willefordlaw.com

*Attorneys for the Plaintiff*

                                          */s/ Avery A. Simmons*
                                          Avery A. Simmons